IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


**TERRY DON MATTHEWS**                                                                  **PETITIONER**

v.                                              Case No. 4:12-cv-04113

**WENDY KELLEY, Director,**                                                              **RESPONDENT**
Arkansas Department of Corrections


REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE


**BEFORE** the Court is Petitioner's Motion for Certificate of Appealability. ECF No. 42. This Motion has been referred to the undersigned for decision by United States District Judge Susan O. Hickey, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.1. As discussed below I recommend this Motion be denied.

A *habeas* petitioner may not appeal a final order in a proceeding under 28 U.S.C. § 2254 without first securing a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A district court should not grant a certificate of appealability unless the movant "has made a substantial showing of the denial of a constitutional right." *Id*. § 2253(c)(2)  This standard requires a demonstration that "jurists of reason could disagree with the district court's resolution of his constitutional claim or that jurists could conclude that issues presented are adequate to deserve encouragement to proceed further." *Miller-el v. Cockrell*, 537 U.S. 322, 327 (2003). In other words, an applicant must show that the district court's resolution of the constitutional claim was either "debatable or wrong." *Miller-el*, 537 U.S. at 338. Any Certificate of Appealability issued by the Court must state "which specific issue or issues satisfy the showing required by paragraph (2)."  28 U.S.C. § 2253(c)(3).

The undersigned entered a Report and Recommendation (RR) on June 10, 2014 which addressed each of Petitioner's claims.  ECF No. 32.  As to each claim the Court found the Petitioner's claim was either defaulted or had been addressed adequately by the State Courts of Arkansas.  Petitioner filed objections to the RR.  ECF No. 34.  This RR was adopted by this Court in its entirety on August 31, 2015. ECF No. 39.  The RR, adopted by the Court, fully addressed all of the claims raised in this case and Petitioner has not shown those findings to be debatable or wrong.

Petitioner has not made a substantial showing of violation of a constitutional right.  Accordingly, his Motion for Certificate of Appealability (ECF No. 42) should be denied.

**IT IS RECOMMENDED** the Court **DENY** the Motion for Certificate of Appealability (ECF No. 42).

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  See  *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**DATED** this **12th day of July 2016.**

    /s/ Barry A. Bryant  
HON. BARRY A. BRYANT  
U.S. MAGISTRATE JUDGE