IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRY DON MATTHEWS                                                               PETITIONER

V.                                          CASE NO. 12-CV-04113

WENDY KELLEY, Director,
Arkansas Department of Corrections                                               RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed January 19, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 47). Judge Bryant recommends that Petitioner's Motion for Renewed Amended Petition (ECF No. 45) be denied.

The parties have not filed objections to the Report and Recommendation and the time to object has now passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation *in toto*. Petitioner's Motion for Renewed Amended Petition (ECF No. 45) is hereby **DENIED**.

**IT IS SO ORDERED**, this 21st day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge